IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No.: 1:26-cv-03373

Tobios Commerce LLC,

Plaintiff,

v.

Defendants listed on Schedule A

Defendants.
________________________________/

**MOTION TO SEAL SCHEDULE A**

The Plaintiff, Tobios Commerce LLC (hereinafter referred to as "Tobios"), by and through its undersigned counsel, hereby files this, Motion to Seal Schedule A, a listing of all potential Defendants in the complaint.

**Background**

Schedule A identifies the Defendants relevant to Plaintiff's requested relief and contains information that may include trade secrets and confidential business information. Public filing of Schedule A at this stage could disclose sensitive non-public information and risk undermining the relief sought, while also exposing confidential commercial information before the affected issues are adjudicated. The Plaintiff will also wish to serve subpoenas in relation to early discovery, and this

information may be trade secrets or confidential or upset the prosecution of this matter entirely.

**Legal Standard**

Federal courts recognize both a common-law and, in some circumstances, a First Amendment presumption of public access to judicial documents. See *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978). In the Second Circuit, the Court must determine whether the material at issue is a judicial document, assess the weight of any presumption of access, and balance that presumption against countervailing considerations, including the protection of higher values and confidential business information. See *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2nd Cir. 2006).

Courts in this District also recognize that sealing or redaction may be appropriate where court filings contain proprietary business information, trade secrets, or other commercially sensitive material that could harm a party or non-party if publicly disclosed. See *Refco Grp. Ltd. v. Cantor Fitzgerald, L.P.*, 13 Civ. 1654 (RA)(HBP) (S.D. N.Y. Jul 15, 2015).

In addition, Federal Rule of Civil Procedure 26(c)(1)(G) authorizes courts, for good cause, to protect a party from undue harm by requiring that trade secrets or other confidential research, development, or commercial information not be revealed

or be revealed only in a specified way.

**Argument**

Sealing Schedule A is narrowly tailored and appropriate. Schedule A is a discrete exhibit containing the identities of the **Defendants** and associated information that Plaintiff contends constitutes or reflects confidential business information and potential trade secrets. Plaintiff does not seek wholesale sealing of the record, but only sealing of this limited attachment to prevent unnecessary disclosure of non-public, commercially sensitive information.

Public disclosure of Schedule A would risk immediate and irreparable competitive and practical harm by revealing sensitive information before the Court has resolved the issues presented. The requested sealing therefore serves higher values recognized by the Second Circuit, including protection against disclosure of confidential business information, and is consistent with the Court's authority to limit access where justified by specific, countervailing interests. See *Lugosch*.

The requested relief is also consistent with the principle that sealing should be no broader than necessary. Plaintiff seeks only to seal **Schedule A**, while leaving the remainder of the filing publicly available to the extent practicable. To the extent the Court requires, Plaintiff is prepared to file a public version of the relevant papers with appropriate redactions and to submit an unredacted version of Schedule A under seal for in camera review. This sealing of Schedule A may be temporary.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order as follows:

FIRST.- Granting Plaintiff leave to file Schedule A under seal.

SECOND.- Directing that any public filing omit or redact the contents of Schedule A to the extent necessary to protect the confidential information identified herein.

THIRD.- Granting such other and further relief as the Court deems just and proper.

Date: April 23, 2026

Respectfully submitted,

Anthony M. Verna III
Verna Law, P.C.
80 Theordore Fremd Ave.
Rye, NY 10580
anthony@vernalaw.com
Telephone: 914-908-6757
*Attorney for the Plaintiff*

[Proposed] Order

IT IS HEREBY ORDERED that Plaintiff's motion to seal is GRANTED.

IT IS FURTHER ORDERED that Plaintiff may file Schedule A under seal.

IT IS FURTHER ORDERED that any public filing referencing the contents of Schedule A shall be filed in redacted form to the extent necessary to avoid disclosure of the confidential information identified in the motion.

SO ORDERED.

Dated: 7/23/26
New York, New York

______________________________
United States District Judge