**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TOBIOS COMMERCE LLC,**

**Plaintiff,**

**- against -**

**DEFENDANTS LISTED ON SCHEDULE A,**

**Defendants.**

---

**26-cv-3373 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff had ninety days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **August 10, 2026**. If service is not made by August 10, 2026, the case may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 29, 2026**

**John G. Koeltl**
**United States District Judge**