UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOBIOS COMMERCE LLC,

Plaintiff,

- against -

DEFENDANTS LISTED ON SCHEDULE A,

Defendants.

26-cv-3373 (JGK)

Order

**John G. Koeltl, District Judge:**

The plaintiff filed a Memorandum of Law in support of a Motion for Leave to serve a Third Party Subpoena (ECF No. 10), but the Memorandum contains an incorrect caption and is unsupported by a Notice of Motion or Order to Show Cause with supporting Affidavits and Exhibits, as required for a Motion pursuant to Local Rule 7.1(a) of the Local Rules of the Southern and Eastern Districts of New York. ECF No. 10 is therefore stricken without prejudice to the plaintiff's ability to file a proper motion.

**SO ORDERED.**

**Dated:** New York, New York
September 9, 2026

John G. Koeltl
United States District Judge