UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOBIOS COMMERCE LLC,
Plaintiff(s),

26 civ 3373 (JGK)

-against-

**ORDER**

DEFENDANTS LISTED ON SCHEDULE A,
Defendant(s).
-----------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The plaintiff commenced this action on April 23, 2026, and, pursuant to Fed.R.Civ.P 4(m), had 90 days to serve the summons and complaint on the defendant(s). The Court, via order of August 6, 2026, granted and extension to serve the defendants by September 5, 2026.

The summons and complaint, to date, have not been served on the defendant.

It is hereby ordered that the plaintiff shall serve the summons and complaint by **October 16, 2026. Failure to serve the defendants by that time may result in a dismissal without prejudice for failure to prosecute.**

The conference scheduled for Thursday, September 24, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 16, 2026