**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**TOBIOS COMMERCE LLC,**

**Plaintiff,**

**- against -**

**DEFENDANTS LISTED ON SCHEDULE A,**

**Defendants.**

**26-cv-3373 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time to serve the summons and complaint on the currently named defendants is extended to **September 28, 2026.** If the summons and complaint are not served by that date, the case will be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED.**

**Dated:** **New York, New York**
**September 18, 2026**

**John G. Koeltl**
**United States District Judge**