UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOBIOS COMMERCE LLC,

Plaintiff,

- against -

DEFENDANTS LISTED ON SCHEDULE A,

Defendants.

26-cv-3373 (JGK)

Order

John G. Koeltl, District Judge:

The time to serve the summons and complaint on the currently named defendants is extended to **November 20, 2026.** If the summons and complaint are not served by that date, the case may be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated: New York, New York
October 21, 2026

John G. Koeltl
United States District Judge