UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOBIOS COMMERCE LLC,

Plaintiff,

- against -

DEFENDANTS LISTED ON SCHEDULE A,

Defendants.

26-cv-3373 (JGK)

**Order**

**John G. Koeltl, District Judge:**

On April 23, 2026, the plaintiff filed a complaint in this action. ECF No. 1. The original time for the plaintiff to serve the defendants was July 22, 2026. See Fed. R. Civ. Pro. 4(m). As of July 22, 2026, the plaintiff had failed to serve any of the defendants. On July 29, 2026, the Court extended the time for service until August 10, 2026. ECF No. 7. On August 5, 2026, the plaintiff requested an extension of the time for service until September 5, 2026. ECF No. 8. On August 6, the Court granted that application. ECF No. 9.

As of September 5, 2026, the plaintiff had failed to serve any of the defendants. On September 16, 2026, the Court issued an Order extending the time for service until October 16 2026. ECF No. 12. In that Order, the Court warned the plaintiff that "[f]ailure to serve the defendants by [October 16, 2026] may result in a dismissal without prejudice for failure to prosecute." Id.

As of October 16, 2026, the plaintiff had failed to serve any of the defendants. On October 21, 2026, the Court issued an Order extending the time for service until November 20, 2026. ECF No. 14. In that Order, the Court warned

the plaintiff that "[i]f the summons and complaint are not served by that date, the case may be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 4(m)." Id. To date, the plaintiff has not served any of the defendants in this case. Accordingly, the case is **dismissed without prejudice** for failure to prosecute.

The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

**Dated: New York, New York**
**November 24, 2026**

**John G. Koeltl**
**United States District Judge**